**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| EMIL J. ADAMS, | ) |
|     PLAINTIFF, | ) |
| | )    NO. 1:14-CV-66 |
| -V- | ) |
| | )    HONORABLE PAUL L. MALONEY |
| DAN WYANT ET AL., | ) |
|     DEFENDANTS. | ) |
| | ) |

## JUDGMENT

In accordance with the Opinion and Order entered on this date (ECF No. 35), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

    **IT IS SO ORDERED**.

Date:  July 29, 2016                     /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge

1